# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PERPULY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-00961-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>TWENTY DAY DEADLINE |

On July 12, 2018, Plaintiff Maria Perpuly ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on July 13, 2018.

Upon review of Plaintiff's application, she indicates that she is currently receiving $194.00 in food stamps and she has been receiving $610.00 a month in state disability since September 2017. These are the only sources of income she has had since her cash aid of $240.00 stopped in August 2017. She only has $20.00 in cash or bank accounts. She has received loans to purchase two vehicles, one a 2013 model and the other a 2016 model. She pays a total of $734.87 a month on her car loans, which is more than the state disability that she has been

1

1 receiving since September 2017.  Therefore, it is unclear whether she is receiving additional
2 money from other sources and whether she is entitled to proceed in forma pauperis.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **July 19, 2018**

_____
UNITED STATES MAGISTRATE JUDGE