# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PERPULY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00961-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME |

On February 14, 2019, the parties filed a stipulation with the Court extending the deadline for Defendant to respond to Plaintiff's settlement proposal from February 14, 2019, to March 18, 2019. (ECF No. 14.) The parties further stipulated that the Court's scheduling order be modified accordingly. The Court finds it somewhat unclear what settlement proposal the stipulation refers to, although the parties may be referring to the confidential letter briefs. It is also not clear what modification to the scheduling order is precisely sought. The Court notes that Plaintiff's opening brief is also currently due on March 18, 2019. Pursuant to the stipulated extension giving Defendant until March 18, 2019, to respond to the settlement proposal, the Court finds granting a thirty-five day extension to Plaintiff to file her opening brief is an appropriate extension, given there are thirty-two days between February 14, 2019, and March 18, 2019.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall respond to Plaintiff's settlement proposal on or before March 18, 2019;
2. Plaintiff shall file her opening brief on or before April 22, 2019;
3. Defendant shall file a responsive brief on or before May 22, 2019; and
4. Plaintiff's reply, if any, shall be filed on or before June 6, 2019.

IT IS SO ORDERED.

Dated: **February 15, 2019**

UNITED STATES MAGISTRATE JUDGE