# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PERPULY, | Case No. 1:18-cv-00961-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND EXPENSES |
| v. | (ECF No. 21) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 5, 2019, pursuant to the parties' stipulation for voluntary remand pursuant to 42 U.S.C. § 405(g), the Court entered judgment in favor of Plaintiff and against Defendant. (ECF No. 17.) On April 9, 2019, the parties filed a stipulation for the award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"). (ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees pursuant to the EAJA in the amount of $2,341.80.

IT IS SO ORDERED.

Dated: __**April 10, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1